20 So.2d 119

## W. P. BROWN & SONS LUMBER CO. v. W. M. SNEAD.

7 Div. 815.

Supreme Court of Alabama.

Dec. 14, 1944.

Reed & Reed, of Centre, for petitioner.
Irby A. Keener, of Centre, opposed.

STAKELY, Justice.

Petition of W. P. Brown & Sons Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of W. P. Brown & Sons Lumber Co. v. W. M. Snead, 31 Ala.App. 552, 20 So.2d 118.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.